RECEIVED
APR 21 2025
AT 8:30 _____ M
CLERK U.S DISTRICT COURT-NJ

Renée Marie Bumb

I Plea To The 3rd District Court To Please Allow Me My Day In Court On This Issue. I have been Defrauded The largest lawsuit In history and an Olympic legal Feat, Historic For an American In a huge Promise For Mine and My Families Future. My little sister Recently Died In a car accident, My Mother Recently was Ran over by A Truck, I'v lost 9 Cousins From over dose, and I have two Children without Parents. I realize Constitutional Standing In court to proceed by I do Life, Liberty, and Pursuit of Happiness U.S. Const. Amend XIV, 1. Please keep this Very Confidential while this Is worked out. Please Hear Me out. Please Appoint counsel. I actually possess all The Material Evidence and Ma'am This Is Bad.

Writ For;

28 U.S.C.S. §2241

Motion For; Writ of Mandamus.

Claim; Equal Protections. Standing
U.S. Consta. Amend. XIV
163 Ohio St. 3d 521

Overview; The Equal Protection Clauses in both the United States and Ohio Constitutions require that state laws, treat similarly situated individuals in a similar matter. In other words, the law must operate equally upon persons who are identified in the same class. The comparison of only similarly situated entities is

Continuation of Overview Inter-alia

- Integral to a equal Protection analysis, as equal Protection Does Not Require Things which are Different in fact to be Treated in Law as, Though They were The Same. See, <u>In Re adoption of Y.E.F., 163 Ohio St. 3d 521.</u>

U.S. Consta. amend. VIII -

- Next Page -

Applicant Information: Brian Anthony Doyle D.O.C. # 170631 - C.D.O.C. 04-10-2025 -

- Plaintiff V. Defendants -

Brian Anthony Doyle V. 10th Dist. United States Federal District Court House, Inter-alia,

Change Of Jurisdictional Venue;
To Proceed Adaquatley and Fairly.
The U.S. District Courts @ 901 19th St.
Room A105 Located at The establishment
Of The Alfred A. Arraj Court House
For The Tenth District Court House
Employees of Such Have Predicate
Acts Violating RICO. In which
Stand Prima-Facie In whole, Therefor
Bringing This Matter Into Another
States Federal Jurisdiction Upon
28 U.S.C.S. § 2241 Under Such Provisions
and 18 U.S.C.S. § 1983 For Predicate
Prima-Facie in acts Involving Conflicting
Of Course, with 18 U.S.C.S. § 1962
Substantiating Racketeering Actions
Involving Attempted Murder, Unlawfull
Arbatrary Contracts Affecting Interstate
Commerce, Unlawfull Debt Collection By
Peonage, and Tax Evasion By Extortion,
Fraud, Fraudulent Drawbacks, Conspiracy,
Inter-Aliz, Give Merit For Standing To
Be Granted Change Of Venue and Counsel In
The Matter Due To Paramount Standing.

Govatos v. Murphy, 2024 U.S. Dist. Lexis 168078

In 2019, the State Legislature enacted the New Jersey Medical Aid in Dying for the Terminally Ill Act, P.L. 2019, c. 59 (The Act). The Act established the Right of a Qualified Terminally Ill Patient, protected by appropriate Safeguards, to obtain medication that the patient may choose to self-administer in order to medication bring about the Patient's (Humane) and (Dignified) Death. N.J. Stat. Ann. § 26:16-2(a). And it specified that any action taken in accordance with the Act "shall not constitute suicide or assisted suicide," which otherwise remains illegal. N.J. permits qualified patients to access "Medical aid for Dying."

## Discussion; - Inter-alia.

Gonzales V. Oregon, 546 U.S. 243, The Attorney General's Rulemaking Power To fully fulfill His Duties Under The CSA did not include The Power To Declare Illegitimate a Medical Standard For Care and Treatment Of Patients That was Specifically authorized Under State Law. HN1 - End-Of-Life Decisions, Assisted Suicide; The Oregon Death With Dignity Act (ODWDA), Or. Rev. Stat. § 127.800, et seq. (2003), exempts from Civil OR Criminal liability State-licensed Physicians Who, In compliance with -

Continuation of, Gonzales' - HN1

- The specific safeguards in ODWDA, dispense or prescribe a lethal dose of drugs upon the request of a terminally ill patient. HN2 Oregon physicians' prescribe under the Oregon Death with Dignity Act, drugs that are regulated under a federal statute, the Controlled Substances Act (CSA), 21 U.S.C.S. § 801 et seq. The CSA allows these particular drugs to be available only by a written prescription from a registered physician. In the ordinary course the same drugs are prescribed in smaller doses for pain patients alleviation. See, 597 U.S. 497 - HN16.

U.S. Const. Amend. VIII, Standing.

Simpson v. Cisneros, 129 F.4th 901

The Court Reasoned That when a specific constitutional amendment, such as the Eighth Eighth Eighth Amendment, Provides an explicit source of Protection for a Particular Type of Government conduct, That amendment, Rather Than The More Generalized Notion of Substantive Due Process under The Fourteenth Amendment, Must Be used To analyze The Claims.

U.S. Consta. Amend. VIII, ~~XIV~~ XIV, Standing analysis;

~~Eighth Amendment~~

For a Phyciatrist whom contracts with a Defendant to weaponize there ~~career~~ career by applieing False Diagnosis to aid in R.I.C.O. Violations and wanton Infliction Toward The Victim of R.I.C.O. The Presedent stands, ~~for~~ Diagnosing Some One with a Terminally Ill Diagnosis ~~known~~ known to be, Fraudulent to evade Taxs, Is a Morbid Infliction of Undue Stress and Sever Mental anguish and Hardship constituting an Eighth Amendment conflict for cruel and Unusual Punnishment activating Substantive Due Process under The Fourteenth Amendment.

## Motion for D.O.C. Facility Transfer

Complaint-

The D.O.C. Has Has' Previously Allowed Inmates Serving Lengthy Sentences The Chance To Transfer To another States' Penatentiary For Medical Care And To Have The Opportunity To Be Close To Someone Whom Cares about Them And will visit Them. The Plaintiff In This Matter Has Been Diagnosed (However) Fraudulent, with a, Terminall Illness, By Defendents, During an abatement Periode of a Previous Federal Civil Case In which The Court Used Racketeering Activities To Annual The abatement See 1:24-CV-02228. (Colorado Division).

Continuation of Complaint:

Disregarding and violating a vast amount of Internal Revenue laws See, 26 U.S.C.S. §§ 7121, 7201, 7203, 7206, Inter-alia 18 U.S.C.S. §§ 1961, 1952, 1956, 1961, 1961(3) Inter-alia, under Those (Federal laws) The Diagnosis would of legally been an addition to a signified bonified violation and Tottal Disregard to the presence of Conflict with Federal Laws and aiding R.I.C.O. ~~activities~~ violations. Yet Has the plaintiff Mental State Become So Bad That This Analysis Is a consequential Delusion of of such Diagnosis!

## Continuation Of Complaint;

If This Hardship Is Purely Dilusional Then The Plaintiff's Mental State Has Deteriorated Far Past That Of Terminall and It would only add Presidenct That a Man Of Such Dalusional Proportionality May There For Never Enjoy Lifes Fruits However Small. The Plaintiff would Like To Challenge The Court For Full analysis of The President Calloquy For Determination On This Sensitive Matter. To Include a Phsyceatric evaluation By a Federally Issued Phsyciatrist From Washington D.C. and Incude a Washington D.C. legal analyst To Determine

## Continuation of Complaint;

Weather the Plaintiff is so Terminally Ill that He Lives Enveloped In Dalusion, and If Such the Case Exists then a Subject Matter Of Requesting Transfer to A New Jersey Penitentiary for Proper Euthanization in a State He May Have a Visit and Be Put to Rest in Peace and Dignity, or All are the Paramount Violations of Federal Law Non Ficticious and Therefor the Claims Do Belonge to the Plaintiff and His Current Detention Is Therefor Federally Illegal. The Question Rests on the Courts.

**Colorado Department of Corrections**

Name: Brian A Doyle
Register Number: 170534
Unit: D-3
Box Number: 600
City, State, Zip: Cañon City, CO 81215

United States Dist. Court
Courtroom 1 of U.S. Post Office
and Courthouse,
3rd Floor
401 Market Street
Camden, New Jersey 08101

RECEIVED
APR 21 2025
AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

| CCF | 4.10-25 | |
|---|---|---|
| FACILITY | DATE REC'D | |
| Harris | 28867 | KH |
| STAFF LAST NAME | ID# | INT |
| 170581 | Doyle | D.D. |
| DOC# | OFFENDER LAST NAME | INT |