UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRIAN DOYLE,<br><br>       Petitioner,<br><br>  v.<br><br>10TH DISTRICT UNITED STATES FEDERAL DISTRICT COURTHOUSE,<br><br>       Respondent. | Civ. Action No. 25-2930 (JXN)<br><br>**MEMORANDUM AND ORDER** |

**NEALS**, District Judge

  Before the Court is *pro se* Petitioner Brian Doyle's ("Petitioner") July 15, 2025, letter challenging Petitioner's confinement. (ECF No. 7). The Court's July 11, 2025 Order transferred this matter to the District of Colorado. (ECF No. 6.) Petitioner is instructed to send all further correspondence to the District Court for the District of Colorado.

  IT IS on this 18th day of July 2025,

  **ORDERED** that the Clerk of the Court shall serve Petitioner with a copy of this Order via regular mail; it is further

  **ORDERED** that the Clerk of the Court shall mark this case **CLOSED**.

_____
HONORABLE JULIEN XAVIER NEALS
United States District Judge